Per Curiam.
 

 It is a familiar rule that the indict-inent should state that the Defendant committed the of-fence on a specific day and year, but it is Unnecessary to prove, in any case, the precise day or year, except where the time enters into the nature of the offence. But if the indictment lay the offence to have been committed, on an impossible day, or on a future day, the objection is as fatal as if no time at all had been inserted. Nor are indictments within the operation of the Statutes of Jeofails, and cannot, therefore; be amended $ being the finding of a Jury upon oath, the Court cannot amcnd# without the concurrence of the Grand Jury by whom the bill is found. These rules are too plain to require authority, and shew that the judgment of the Court was right, and must be affirmed.